UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED'JUAN SCOTT,<br><br>            Plaintiff,<br><br>   v.<br><br>CDCR,<br><br>            Defendant. | No. 2:15-cv-0578 DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action under 42 U.S.C. § 1983. Plaintiff consented to proceed before the undersigned for all purposes. See 28 U.S.C. § 636(c). By order filed March 1, 2017, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. Thirty days from that date have now passed, and plaintiff has not filed an amended complaint, or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall be given one additional opportunity to file an amended complaint. Within thirty days of the date of this order, plaintiff

////

////

////

////

1

shall file an amended complaint. Plaintiff is advised that his failure to do so will result in dismissal of this action without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: April 10, 2017

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/Scot0578.fta.consent