UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED'JUAN SCOTT,<br><br>        Plaintiff,<br><br>   v.<br><br>CDCR,<br><br>        Defendant. | No. 2:15-cv-0578 DB P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se, with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff appears to be a mentally ill inmate who was ordered to be treated with electroshock therapy in 2011. Plaintiff is currently incarcerated at California State Prison – Sacramento. Plaintiff's complaint alleges that he is being subjected to "remote shock therapy" without his consent. He also appears to allege that prison staff have hindered his efforts to be relieved of shock therapy.

On screening, the court found plaintiff failed to state a potentially cognizable claim for relief. (ECF No. 11.) The court permitted plaintiff the opportunity to file an amended complaint and granted plaintiff an extension of time to file one. Plaintiff has failed to do so.

On April 24, 2017, plaintiff filed a motion for the appointment of counsel and another motion for an extension of time, apparently to file an amended complaint. (ECF No. 15.)

////

1

Therein, plaintiff states that the sole purpose of his complaint is the fact that he has been on "remote shock therapy" since 2011 against his will.

In light of plaintiff's allegations that he is being subjected to shock therapy, and in order to determine whether this case should proceed, the court directs Supervising Deputy Attorney General Monica Anderson to address plaintiff's allegations concerning his mental health care.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within fourteen days from the date of this order, Supervising Deputy Attorney General Monica Anderson shall address plaintiff's allegations that he is being subjected to "remote shock therapy;" and

2. The Clerk of the Court is directed to serve this order and copies of plaintiff's March 13, 2015 Complaint (ECF No. 1) and April 24, 2017 Motion for Appointment of Counsel (ECF No. 15) on Supervising Deputy Attorney General Monica Anderson.

Dated: May 22, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/Scot0578.resp from anderson