UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ED'JUAN SCOTT,<br><br>    Plaintiff,<br><br>   v.<br><br>CDCR, et al.,<br><br>    Defendants. | No. 2:15-cv-0578 DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. Plaintiff appears to be a mentally ill inmate who claims he was ordered to be treated with electro-shock therapy in 2011 and continues to be subjected to electro-shock therapy "remotely." In an order dated June 16, 2017, the court granted plaintiff's request for an extension of time to file an amended complaint to attempt to state any claims he may have regarding the past administration of electro-shock therapy. (See ECF No. 19 at 3.) Plaintiff's amended complaint was due in thirty days. Those thirty days have passed and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

Plaintiff will be given one final opportunity to file an amended complaint. Plaintiff is advised that any amended complaint must comply with the requirements set forth in the court's orders dated March 1 and June 16, 2017.

////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff must file any amended complaint within thirty days of the date of this order. Failure to file a timely amended complaint will result in dismissal of this action. See E.D. Cal. R. 110; Fed. R. Civ. P. 41(b).

Dated: August 1, 2017

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/scot0578.fta

2